FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 23  PM 3: 38

LORETTA G. WHYTE
CLERK

USA No. 2000Z00718

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
|---|---|---|
| v. | * | NO. 00-142 |
| OLGA J. BANKS | * | SECTION: "T" |

            *     *     *

### MOTION TO DISMISS APPLICATION FOR WRIT OF GARNISHMENT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves to dismiss the Application for Writ of Garnishment. The United States voluntarily dismisses the garnishment against Olga J. Banks because the debt has been satisfied.

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No _____

Therefore, Methodist Home for Children, garnishee, is released from any further responsibility on the writ of garnishment.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3060

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon the following individuals listed below by first-class mail, postage prepaid this 23rd day of August, 2005.

Olga J. Banks
P.O. Box 740966
New Orleans, LA  70174

Methodist Home for Children
815 Washington Avenue
New Orleans, LA  70130

_____
Eneid A. Francis
Assistant United States Attorney

- 2 -