```
                    U.S. DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

                FILED    NOV 1 4 2005

                    LORETTA G. WHYTE
                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-142 |
| OLGA J. BANKS | * | SECTION: "T" |
| * | * | * |

## O R D E R

Considering the foregoing motion,

IT IS HEREBY ORDERED that Writ of Garnishment entered in this case is dismissed.

New Orleans, Louisiana, this 15th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep__
___ Doc. No___